Entered on Docket
April 15, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: April 14, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                    No. 09-41568 EDJ
                                         Chapter 7
CAROLINA CONTRERAS RYNDA,

            Debtor./


FINDINGS OF FACT AND CONCLUSIONS OF LAW

A hearing was held April 8, 2010 on the proposed sales by Tevis T. Thompson, Jr., Chapter 7 Trustee ("Trustee") of the estate of Carolina C. Rynda, Debtor, ("Debtor") of certain assets of the estate. Appearances were noted on the record.

The Court hereby makes the following findings of fact:

1. There is no market for the estate's right, title, and interest in stock of Rynda's No. 1 Insurance Services, Inc (the "Corporation").

2. The Trustee's marketing efforts concerning the sales were adequate under the circumstances, and an appropriate exercise of the

Findings of Fact and Conclusions of Law

Trustee's business judgment.

The Court hereby makes the following conclusions of law:

1. The assets of the Corporation are not property of the bankruptcy estate;

2. It is permissible to permit the Debtor to credit bid her exemption;

3. The sales are fair and reasonable, are in the best interest of the estate, and are a property exercise of the Trustee's business judgment.

4. There is no legal requirement that the Trustee obtain the highest and best price.

\*\* END OF FINDINGS AND CONCLUSIONS \*\*

Findings of Fact and Conclusions of Law  2

```
1                    COURT SERVICE LIST
2  Raymond R. Miller
   Raymond R. Miller, Attorney at Law
3  P.O. Box 2177
   Castro Valley, CA 94546
4
   Michael J. McQuaid
5  Carr, McClellan, Ingersoll et al
   216 Park Rd.
6  P.O. Box 513
   Burlingame, CA 94011-0513
7
```

Findings of Fact and Conclusions of Law  3