JOHN T. KENDALL
Trustee
945 Morning Star Dr
Sonora, CA 95370
(209) 532-9821

RECEIVED AUG 3 2015 BANKRUPTCY COURT OAKLAND, CALIFORNIA

FILED JUL 31 2015 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:  )  CASE NO. 09-41568 NC
        )
CAROLINA CONTRERAS RYNDA,  )
        )  Chapter 7
        )
        )  NOTICE OF UNCLAIMED
   Debtor.  )  DIVIDENDS
        )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above captioned case hereby turns over to the Court, unclaimed dividends in the amount of $7,266.32. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

Claim # Name & Address of Claimant   Claim Amount   Dividend Amount

   1    David H Hicks, PLC           $73,387.16     $7,266.32
        Attn: David K Hicks, Esq.
        2200 Powell St., #990
        Emeryville, CA 94608

                    Total Unclaimed Dividends $7,266.32


Dated: July 29, 2015
                                    JOHN T. KENDALL, Trustee